# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVONTA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  3:21-cv-00187-JPG |
| | ) |
| ROBERT BURNS, et al., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**DATED:  April 30, 2024**

MONICA A. STUMP, Clerk of Court

By:  *s/Tina Gray,*
     Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE